**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NJ DENTAL CENTERS D/B/A/ NUVASMILE, | Civil Action No. 2:26-cv-9075 |
| Plaintiff, | |
| vs. | **CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT MEDPRIZM, INC.** |
| NIKIL JOSHI, MANOJ PATWARDHAN, AND MEDPRIZM, INC., | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), a disclosure statement is required to be filed by any non-government corporate party. Accordingly, the undersigned counsel for the above-captioned Defendants, certifies that defendant MedPrizm, Inc., is a non-governmental corporation and that it does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of its stock.

Respectfully submitted,

Dated: July 21, 2026

**WEINER LAW GROUP LLP**
*Attorneys for Defendants Nikil Joshi, Manoj Patwardhan, and Medprizm, Inc.*

By: _____
Paul S. Grossman, Esq.
(Attorney ID No. 052091992)
629 Parsippany Road
P.O. Box 438
Parsippany, New Jersey 07054
(973) 403-1100
pgrossman@weiner.law